UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80146-LEIBOWITZ

TOLL SOUTHEAST LP COMPANY, INC.,

    *Plaintiff*,

*v.*

BOCA RATON EXECUTIVE COUNTRY
CLUB CORP.,

    *Defendant*.

_____/

## ORDER

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure [ECF No. 21], filed on May 19, 2025. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED**. Each party shall bear their own attorney's fees and costs. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in the Southern District of Florida on May 20, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record